## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In the Matter of:                                           In Bankruptcy:

**APOLLONIA CHA'NELL MILLS**                    Case No. 19-46601-mlo
                                                            Chapter 7
Debtor                                                      Hon. Maria L. Oxholm

**TIMOTHY J. MILLER, TRUSTEE**

Plaintiff,                                                  Ad. Pro. No. 19-04379-mlo
                                                            Hon. Maria L. Oxholm

vs.

**DETROIT LAND DEVELOPMENT COMPANY,**

Defendant.

## STIPULATED ORDER PERMITTING
## PLAINTIFF TO AMEND COMPLAINT

By stipulation between Plaintiff Timothy J. Miller and Defendant Detroit

Land Development Company,

**IT IS HEREBY ORDERED** that Plaintiff Timothy J. Miller may file an

amended complaint under Fed. R. Bankr. P. 7015 and Fed. R. Civ. P. 15(a).

**Signed on February 24, 2020**



/s/ Maria L. Oxholm
_____
**Maria L. Oxholm
United States Bankruptcy Judge**