# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:

APPOLONIA CHA'NELL MILLS          Chapter 7 Proceeding
                                                          Case No. 19-46601-mlo
    Debtor.                                   Hon. Maria L. Oxholm
_____/

TIMOTHY J. MILLER, TRUSTEE

    Plaintiff,
vs.                                                    Adversary Case No. 19-04379-mlo
                                                        Hon. Maria L. Oxholm

DETROIT LAND DEVELOPMENT COMPANY,

    Defendant.
_____/

| | |
|---|---|
| Peter F. Schneider P75256 | Allen J. Dyer P54857 |
| Clayson, Schneider and Miller, P.C. | LeVasseur Dyer & Associates, P.C. |
| Attorneys for Plaintiff | Attorney for Defendant |
| 645 Griswold, Suite 3900 | 3233 Coolidge Highway |
| Detroit, Michigan 48226 | Berkley, Michigan 48072 |
| (313) 237-0850 | (248) 586-1200 |
| pete@claysonschneidermiller.com | allen@LDALAW.com |

_____/

## ORDER DENYING PLAITNIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANTING DEFENDANT'S MOTION FOR SUMMRY JUDGMENT

                     At a session of said Court, duly held in the U.S. Courthouse in the City of Detroit, County of Wayne, State of Michigan on _____

                     PRESENT: HONORABLE _____
                                           U.S. BANKRUPTCY JUDGE

    This matter having come before the Court upon the parties Cross-Motions for Summary Judgment; and the Court having considered the Motions, Responses and arguments of Counsel; and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment is DENIED and Defendant's Motion is GRANTED for the reasons set forth on the record.

Approve as to form only:

/s/ Peter F. Schneider
Peter F. Schneider P75256
Attorney for Plaintiff

/s/ Allen J. Dyer
Allen J. Dyer P54857
Attorney for Defendant