**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In the Matter of:

APPOLONIA CHA'NELL MILLS

      Debtor.

Chapter 7 Proceeding
Case No. 19-46601-mlo
Hon. Maria L. Oxholm

          /

TIMOTHY J. MILLER, TRUSTEE

      Plaintiff,

vs.

Adversary Case No. 19-04379-mlo
Hon. Maria L. Oxholm

DETROIT LAND DEVELOPMENT COMPANY,

      Defendant.

          /

## <u>ORDER DENYING PLAITNIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANTING DEFENDANT'S MOTION FOR SUMMRY JUDGMENT</u>

      This matter having come before the Court upon the parties Cross-Motions for Summary Judgment; and the Court having considered the Motions, Responses and arguments of Counsel; and the Court being otherwise fully advised in the premises:

      IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment is DENIED and Defendant's Motion is GRANTED for the reasons set forth on the record.

      IT IS FURTHER ORDERED that the case is dismissed and shall be closed.

**Signed on May 8, 2020**



/s/ Maria L. Oxholm
—————————————————
**Maria L. Oxholm**
**United States Bankruptcy Judge**